# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Marks, Emily C. | 2. Court or Organization  U.S. District Court for the Middle District of Alabama | 3. Date of Report  08/09/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018  to  12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
One Church Street
Montgomery, Alabama 36104

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President | JobMarks, Inc. |
| 2. | Director | Federal Defenders for the Middle District of Alabama |
| 3. | Partner | Ball, Ball, Matthews & Novak, P.A. |
| 4. | Officer | Alabama State Bar Volunteer Lawyers Program |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Ball, Ball, Matthews & Novak, P.A (salary) | $35,847.38 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed (staffing executive) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Marks, Emily C. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ServisFirst (cash) | A | Interest | K | T | | | | | |
| 2. Wells Fargo (cash) | A | Interest | J | T | | | | | |
| 3. ServisFirst JobMarks, Inc. Operating Account (cash) | | None | M | T | | | | | |
| 4. ServisFirst JobMarks, Inc. Payroll Account (cash) | | None | M | T | | | | | |
| 5. Rapid-Paycard Account JobMarks,Inc. (cash) | | None | J | T | | | | | |
| 6. ServisFirst ZeldaMarks, LLC Cash Account | | None | J | T | | | | | |
| 7. JobMarks,Inc. | G | Dividend | O | U | | | | | |
| 8. Rental Property #1, Montgomery, Alabama | E | Rent | N | W | | | | | |
| 9. Brokerage Acct #1 (H) | | | | | | | | | |
| 10. Fidelity Government Money Market Fund (SPAXX) (cash equivalent) | A | Dividend | L | T | | | | | |
| 11. Fidelity 500 Index Fund (formerly Premium Class) (FXAIX) | C | Dividend | N | T | | | | | |
| 12. Fidelity Small Cap Index Fund (formerly Premium Class) (FSSNX) | D | Dividend | M | T | | | | | |
| 13. Fidelity Mid Cap Index Fund (formerly Premium Class) (FSMDX) | B | Dividend | M | T | | | | | |
| 14. OakMark Intl Investor Cl (OAKIX) | C | Dividend | L | T | | | | | |
| 15. Vanguard Health Care Investor (VGHCX) | D | Dividend | M | T | | | | | |
| 16. Fidelity Municipal Money Market Fund (FTEXX) (Cash equivalent) | B | Dividend | L | T | | | | | |
| 17. IRA #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Contrafund (FCNTX) | D | Dividend | M | T | | | | | |
| 19. Artisan Internatl Investor Class (ARTIX) | B | Dividend | K | T | | | | | |
| 20. IRA #2 (H) | | | | | | | | | |
| 21. Fidelity 500 Index Fund (formerly Premium Class) (FXAIX) | A | Dividend | J | T | | | | | |
| 22. Fidelity Low Priced Stock (FLPSX) | D | Dividend | L | T | Buy (add'l) | 08/19/18 | K | | |
| 23. Amana Mutual Fund Trust Growth (AMAGX) | C | Dividend | K | T | | | | | |
| 24. Artisan Internatl Investor Class (ARTIX) | C | Dividend | K | T | | | | | |
| 25. Janus Henderson Triton T (JATTX) | C | Dividend | K | T | Buy (add'l) | 08/09/18 | K | | |
| 26. Eaton Vance Floating Rate Advantage Cl A (EAFAX) | A | Dividend | K | T | | | | | |
| 27. Janus Henderson Short-Term Bond T (JASBX) | A | Dividend | K | T | | | | | |
| 28. Pimco Income Fund Cl A (PONAX) (formerly Cl D (PONDX)) | B | Dividend | K | T | | | | | |
| 29. Thompson Bond Fund (THOPX) | A | Dividend | K | T | | | | | |
| 30. IRA #3 (H) | | | | | | | | | |
| 31. Fidelity Intl Enhanced Idex Fund (FIENX) | A | Dividend | K | T | | | | | |
| 32. Amana Mutual Fund Trust Growth (AMAGX) | B | Dividend | K | T | | | | | |
| 33. Fidelity Total Bond (FTBFX) | A | Dividend | J | T | | | | | |
| 34. Pimco Income Fund Cl A (formerly D) (PONAX) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UTMA #1 (H) | | | | | | | | | |
| 36. Fidelity Contrafund (FCNTX) | B | Dividend | K | T | Buy (add'l) | 08/09/18 | J | | |
| 37. Fidelity Low Priced Stock (FLPSX) | D | Dividend | K | T | | | | | |
| 38. Ishares Core S&P 500 ETF (IVV) | A | Dividend | K | T | | | | | |
| 39. UTMA #2 (H) | | | | | | | | | |
| 40. Fidelity Contrafund (FCNTX) | B | Dividend | K | T | Buy (add'l) | 08/09/18 | J | | |
| 41. Fidelity Low Priced Stock (FLPSX) | C | Dividend | K | T | | | | | |
| 42. Ishares Core S&P 500 ETF (IVV) | A | Dividend | K | T | Buy (add'l) | 08/10/18 | J | | |
| 43. IRA #4 (H) | | | | | | | | | |
| 44. Fidelity Low Priced Stock (FLPSX) | B | Dividend | J | T | | | | | |
| 45. Janus Henderson Triton T (JATTX) | B | Dividend | K | T | | | | | |
| 46. Non-prototype (H) | | | | | | | | | |
| 47. Fidelity Government Cash Reserves Account (FDRXX) (Cash equiv) | A | Dividend | L | T | | | | | |
| 48. Fidelity Total MKT Index Premium Cl (FSTVX) | B | Dividend | L | T | | | | | |
| 49. Fidelity Contrafund (FCNTX) | D | Dividend | L | T | | | | | |
| 50. Fidelity Strategic Dividend & Income (FSDIX) | B | Dividend | K | T | | | | | |
| 51. Amana Mutual Trust Fund Growth (AMAGX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oakmark Intl Investor Cl (OAKIX) | B | Dividend | K | T | | | | | |
| 53. Janus Henderson Triton T (JATTX) | D | Dividend | L | T | | | | | |
| 54. Laudus International Marketmasters Inv Cl (SWOIX) | C | Dividend | K | T | | | | | |
| 55. Fidelity Total Bond (FTBFX) | A | Dividend | K | T | | | | | |
| 56. Loomis Sayles Bond Retail Shares (LSBRX) | A | Dividend | K | T | | | | | |
| 57. TCW Total Return Bond Class N (TGMNX) | A | Dividend | J | T | | | | | |
| 58. TCW Core Fixed Income Class N (TGFNX) | A | Dividend | K | T | | | | | |
| 59. Thompson Bond Fund (THOPX) | A | Dividend | K | T | | | | | |
| 60. Brokerage Acct #2 (H) | | | | | | | | | |
| 61. AT&T Inc (T) | A | Dividend | | | Buy | 08/27/18 | J | | |
| 62. | | | | | Sold | 12/28/18 | J | | |
| 63. Abbott Laboratories (ABT) (X) | A | Dividend | J | T | | | | | |
| 64. Accenture PLC (ACN) | | None | J | T | Buy | 12/28/18 | J | | |
| 65. Alphabet Inc Cl C (GOOG) | | None | J | T | Buy | 08/27/18 | J | | |
| 66. | | | | | Sold (part) | 09/26/18 | J | | |
| 67. | | | | | Sold (part) | 11/20/18 | J | | |
| 68. Alphabet Inc Cl A (GOOGL) | | None | J | T | Buy | 08/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/26/18 | J | | |
| 70. | | | | | Sold (part) | 10/24/18 | J | | |
| 71. Amazon.Com Inc (AMZN) | | None | J | T | Buy | 08/27/18 | J | | |
| 72. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 73. | | | | | Sold (part) | 11/20/18 | J | | |
| 74. Amgen Inc (AMGN) (X) | A | Dividend | J | T | | | | | |
| 75. Apple Inc (AAPL) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 76. | | | | | Sold (part) | 12/10/18 | J | | |
| 77. Bank of America Corp (BAC) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 78. | | | | | Sold | 10/31/18 | J | | |
| 79. | | | | | Buy | 12/10/18 | J | | |
| 80. Bank New York Mellon (BK) (X) | A | Dividend | J | T | Buy (add'l) | 12/20/18 | J | | |
| 81. Becton Dickinson Co (BDX) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 82. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 83. Berkshire Hathaway Inc Del Cl B New (BRKB) | | None | J | T | Buy | 08/27/18 | J | | |
| 84. Booking Hldgs Inc Com (BKNG) | | None | J | T | Buy | 08/27/18 | J | | |
| 85. | | | | | Sold | 10/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 11/20/18 | J | | |
| 87. | | | | | Sold | 12/10/18 | J | | |
| 88. | | | | | Buy | 12/20/18 | J | | |
| 89. Bristol Myers Squibb (BMY) (X) | A | Dividend | J | T | | | | | |
| 90. Broadcom Inc (AVGO) (X) | A | Dividend | J | T | | | | | |
| 91. Caterpillar (CAT) (X) | A | Dividend | J | T | | | | | |
| 92. Chevron Corp New Com (CVX) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 93. Chubb Ltd (CB) | | None | J | T | Buy | 12/28/18 | J | | |
| 94. Cisco Sys Inc Com (CSCO) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 95. Citigroup Inc Com New (C) | A | Dividend | | | Buy | 08/27/18 | J | | |
| 96. | | | | | Sold | 12/20/18 | J | | |
| 97. Coca Cola Co (KO) (X) | A | Dividend | J | T | Buy (add'l) | 10/18/18 | J | | |
| 98. Comcast Corp New Cl A (CMCSA) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 99. Costco Wholesale Corp (COST) (X) | A | Dividend | | | Sold | 12/20/18 | J | | |
| 100. Danaher Corp (DHR) (X) | A | Dividend | J | T | | | | | |
| 101. Disney Walt Co (DIS) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 102. | | | | | Sold | 10/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 11/20/18 | J | | |
| 104. Exxon Mobil Corp (XOM) | A | Dividend | | | Buy | 08/27/18 | J | | |
| 105. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 106. | | | | | Sold | 12/28/18 | J | | |
| 107. Facebook Inc Com (FB) | | None | J | T | Buy | 08/27/18 | J | | |
| 108. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 109. | | | | | Sold (part) | 12/20/18 | J | | |
| 110. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 111. Home Depot Inc Com (HD) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 112. | | | | | Sold | 10/24/18 | J | | |
| 113. | | | | | Buy | 11/27/18 | J | | |
| 114. Honeywell Intl Inc (HON) | A | Dividend | | | Buy | 08/27/18 | J | | |
| 115. | | | | | Sold | 12/20/18 | J | | |
| 116. Intel Corp (INTC) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 117. Intl Business Mach (IBM) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 118. | | | | | Sold | 10/24/18 | J | | |
| 119. | | | | | Buy | 11/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Intuitive Surgical Inc Com New (ISRG) | | None | | | Buy | 08/27/18 | J | | |
| 121. | | | | | Sold | 10/11/18 | J | | |
| 122. | | | | | Buy | 11/20/18 | J | | |
| 123. | | | | | Sold | 12/20/18 | J | | |
| 124. JPMorgan Chase & Co (JPM) | A | Dividend | | | Buy | 08/27/18 | J | | |
| 125. | | | | | Sold (part) | 11/20/18 | J | | |
| 126. | | | | | Sold | 12/10/18 | J | | |
| 127. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 128. Lilly Eli & Co (LLY) (X) | A | Dividend | J | T | | | | | |
| 129. Lockheed Martin Corp (LMT) | | None | J | T | Buy | 12/28/18 | J | | |
| 130. Mastercard Incorporated Cl A (MA) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 131. | | | | | Sold (part) | 12/28/18 | J | | |
| 132. McDonalds Corp (MCD) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 133. Merck & Co Inc New Com (MRK) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 134. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 135. Netflix Com Inc Com (NFLX) | | None | J | T | Buy | 08/27/18 | J | | |
| 136. | | | | | Buy (add'l) | 12/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Nextera Energy (NEE) (X) | A | Dividend | J | T | | | | | |
| 138. Northrup Grumman Corp (NOC) (X) | A | Dividend | J | T | Buy (add'l) | 12/20/18 | J | | |
| 139. Oracle Corp Com (ORCL) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 140. Paypal Hldgs Inc Com (PYPL) | | None | J | T | Buy | 08/27/18 | J | | |
| 141. | | | | | Sold | 10/11/18 | J | | |
| 142. | | | | | Buy | 11/20/18 | J | | |
| 143. Pepsico Inc (PEP) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 144. Pfizer Inc (PFE) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 145. Philip Morris Intl Inc Com (PM) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 146. Procter & Gamble Co Com (PG) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 147. Raytheon Co (RTN) | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 148. Salesforce Com Inc (CRM) | | None | J | T | Buy | 08/27/18 | J | | |
| 149. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 150. Thermo Fisher Scientific (TMO) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 151. US Bancorp (USB) | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 152. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 153. Unitedhealth Group (UNH) | A | Dividend | J | T | Buy | 08/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. United Technologies Corp (UTX) (X) | A | Dividend | | | Sold | 12/20/18 | J | | |
| 155. Verizon Communications (VZ) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 156. Visa Inc Com Cl A (V) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 157. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 158. | | | | | Sold (part) | 11/20/18 | J | | |
| 159. Walmart Inc Com (WMT) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 160. Wells Fargo Co New Com (WFC) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 161. | | | | | Sold | 09/26/18 | J | | |
| 162. | | | | | Buy | 10/31/18 | J | | |
| 163. | | | | | Sold (part) | 12/28/18 | J | | |
| 164. Weyerhaeuser Co (WY) | A | Dividend | | | Buy | 10/24/18 | J | | |
| 165. | | | | | Sold | 11/27/18 | J | | |
| 166. Brokerage Acct #3 (H) | | | | | | | | | |
| 167. Infimary Health Sys Spl Care Facs Fing Auth Mob Ala (45663NAZ5) (X) | B | Interest | K | T | | | | | |
| 168. Prattville Ala Wtr Wks Brd Wtr Rev Bds 2018 (740053HP1) (X) | A | Interest | K | T | | | | | |
| 169. Troy Ala Pub Edl Bldg Auth Edl Facs Rev Educ Fac (89732TBN3) (X) | A | Interest | J | T | | | | | |
| 170. IRA #5 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard 500 Index Fund Adm (VFIAX) | B | Dividend | K | T | | | | | |
| 172. AL 529 Acct #1 (H) | | | | | | | | | |
| 173. Alabama's 529 Vanguard Age-Based Aggressive Portfolio | | None | L | T | | | | | |
| 174. AL 529 Acct #2 (H) | | | | | | | | | |
| 175. Alabama's 529 Vanguard Age-Based Aggressive Portfolio | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, lines 1-4: These positions ended upon taking the bench.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 8, 20, 34, 35, 38, and 43 of the Nomination report are not reportable in this cycle (2018). There are no corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Emily C. Marks**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544